United States District Court
Southern District of Texas
**ENTERED**
April 18, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **KIMBERLY SIMS,** | § | |
| | § | CIVIL ACTION NO. 4:21-cv-03695 |
| Plaintiff, | § | |
| v. | § | |
| | § | |
| **SCHENKER, INC.,** | § | |
| | § | JURY TRIAL DEMANDED |
| Defendant. | § | |

## ORDER

On April 15, 2024, Plaintiff Kimberly Sims and Defendant Schenker, Inc. filed a Joint Stipulation with Prejudice (docket no. 26) asserting that the parties have settled all disputes and that all claims and defenses asserted by either party are dismissed with prejudice. Accordingly, this Court accepts the stipulation and this action is hereby DISMISSED WITH PREJUDICE against refiling the same.

Each party will bear its own costs.

Signed in Houston, Texas, on this 18th day of April, 2024.

Andrew S. Hanen
United States District Judge